Receipt number AUSFCC-10538416

# In the United States Court of Federal Claims

| | |
|---|---|
| KATHERINE N. BENT,<br><br>               *Plaintiff,*<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>               *Defendant.* | No.   25-1090 C<br><br>**COMPLAINT** |

Plaintiff Katherine N. Bent ("Dr. Bent"), by her undersigned attorney, Hilary B. Miller, as and for her complaint against defendant The United States of America, respectfully shows:

## INTRODUCTORY STATEMENT

*1.* Dr. Bent, a 24-year career employee and senior executive of the United States Government, accepted a "DOGE"-initiated separation offer from her employer, the Department of Health and Human Services ("HHS"), that included (a) early retirement with reduced age to be eligible to receive a full annuity, (b) a standard voluntary separation incentive payment, plus (c) a supplemental separation incentive of eight weeks of paid administrative leave. Although defendant paid Dr. Bent the standard separation inceptive payment and placed Dr. Bent in early-retirement status, defendant has failed to pay Dr. Bent for eight weeks of administrative leave, including related benefits, despite due demand.

## JURISDICTION

*2.* This Court has jurisdiction under the Tucker Act, 28 U.S.C. § 1491, because Dr. Bent's claim arises from a promise of compensation by a federal agency, constituting a contract with the United States.

*3.* A statutory payment duty for payment of administrative leave arises under 5 U.S.C. § 6329a and 5 C.F.R. part 630, subpart N.

## THE PARTIES

*4.* Plaintiff Katherine N. Bent, R.N., Ph.D., is a natural person who resides in Potomac, Maryland. Throughout her government service, she has held positions of progressively increasing responsibility, including since 2013 as a career senior executive, most recently as Associate Deputy Assistant Secretary of HHS in the Office of the Assistant Secretary for Planning and Evaluation of HHS. Dr. Bent was qualified for the Senior Executive Service by HHS and the Office of Personnel Management Qualifications Review Board. See, generally, 5 U.S.C. § 3131 et seq.

*5.* Defendant The United States of America has acted in this matter through Robert F. Kennedy, Jr. During the relevant period, Mr. Kennedy, as Secretary of HHS, has exercised supervisory authority over HHS. HHS is an executive agency of the United States government. HHS has its primary office in Washington, District of Columbia.

## STATEMENT OF FACTS

*6.* On March 10, 2025, HHS offered Dr. Bent, by electronic mail, an opportunity to terminate her employment on the basis of Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payments (VSIP), including, as part of the offered

VSIP, "full pay and benefits for eight (8) weeks after approval" in the form of paid administrative leave.

*7.* This offer was reaffirmed by the HHS in further emails to Dr. Bent on March 11 and March 12, 2025.

*8.* Dr. Bent timely accepted HHS's offer in writing on March 13, 2025, making express reference to the March 10 offer in her acceptance. Receipt of her acceptance was acknowledged by HHS.

*9.* Dr. Bent was thereafter approved for VSIP (which, as noted supra, included the promise of eight weeks of paid administrative leave) on or about April 7, 2025, and her retirement became effective on April 19, 2025.

*10.* To date, Dr. Bent has not received the eight weeks of pay and benefits promised by HHS by email.

*11.* Dr. Bent is aware of no facts by reason of which her administrative-leave pay is being, or should be, withheld.

*12.* Dr. Bent never received a less-than-satisfactory performance review during her service with the Government. At no time during her service, including upon retirement, did HHS, or any other agency, allege that Dr. Bent had engaged in misconduct, delinquency or inefficiency.

*13.* Dr. Bent duly demanded, in writing, payment of the promised paid administrative leave by a certified-mail letter dated May 12, 2025, to HHS's acting general counsel. No response has been received to that letter, and the letter has been retained without objection by HHS.

*14.* The value of the omitted payments and benefits, including the value of the future leave and retirement benefits that would have accrued during the eight-week period, is $49,880, or such greater amount as can be proven at trial.

*15.* All conditions precedent to Dr. Bent's entitlement to such payment have been satisfied.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays that the Court:

1. Enter judgment in favor of plaintiff and against defendant for damages for breach of HHS's agreement in an amount not less than $49,880, or as the proof at trial will show;

2. Enter judgment awarding interest, attorneys' fees and costs to plaintiff; and

3. Order all such other and further relief, in law or in equity, to which plaintiff may be entitled, or which the Court deems just and proper.

Dated: Washington, D.C.
         June 28, 2025

                                                HILARY B. MILLER
                                    1629 K Street, N.W. – Suite 300
                                      Washington, D.C. 20006-1631
                                            (202) 449-9484
                                            hilary@miller.net

                                                *Attorney for Plaintiff*

/Users/hilarymiller/Documents/HBMDocs/Bent, Katherine - Misc/HHS Termination/01 Complaint.docx (June 28, 2025 at 14:13:00 Rev. 30)